**Paul K. Charlton** (012449)
**Quintin H. Cushner** (027303)
**STEPTOE & JOHNSON LLP**
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
qcushner@steptoe.com
Telephone:    (602) 257-5200

**Saul H. Perloff** (*pro hac vice*)
(Tex. Bar 00795128)
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
saul.perloff@nortonrosefulbright.com
Telephone: (210) 224-5575

**Robert L. Rouder** (*pro hac vice*)
(Tex. Bar 24037400)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701-4255
robert.rouder@nortonrosefulbright.com
Telephone: (512) 474-5201

**Attorneys for Defendant**
**NeoGenis Labs, Inc. d/b/a HumanN**

**Gregory B. Collins** (#023154)
**Molly Rogers** (#028212)
**KERCSMAR & FELTUS PLLC**
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile:  (480) 421-1002
gbc@kflawaz.com
cmr@kflawaz.com

**Attorneys for Plaintiff**
**ThermoLife International, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International, LLC, | Case No. CV-18-2980-PHX-HRH |
| Plaintiff, | **JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |
| vs. | |
| NeoGenis Lab, Inc. d/b/a HumanN, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 26(c), the parties stipulate and agree to the entry of the proposed Protective Order attached as Exhibit A. The District of Arizona's Mandatory Initial Discovery Pilot, along with subsequent discovery in this action, will likely involve the production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Material to be produced required from

PAGE 1

Defendant Human Power of N Company, f/k/a NeoGenis Labs, Inc. ("HumanN") in conjunction with discovery in this litigation is likely to include documents reflecting the product formulation, product manufacturing, and product testing of HumanN's portfolio of functional foods. In addition, we suspect that proprietary marketing plans (particularly iterative of future campaigns), as well as proprietary customer and niche market prospects might be articulated in documents to be produced, These documents include information that is nonpublic, confidential, proprietary, and competitively sensitive. Such information could provide a competitive advantage to nonparties were it disclosed. Good cause therefore exists for the issuance of a protective order under Rule 26(c), including the fact that if the confidential information were known in the general community, such knowledge could negatively affect the business of the parties.

The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles.

Based on the foregoing, the parties request that the Court enter the proposed Protective Order attached as Exhibit A.

RESPECTFULLY SUBMITTED this 15th day of February, 2019.

NORTON ROSE FULBRIGHT US LLP
Saul Perloff
Robert Rouder

STEPTOE & JOHNSON LLP
Paul K. Charlton
Quintin H. Cushner

By:   */s/Robert Rouder*
         Robert Rouder
*Attorneys for Defendant*
*NeoGenis Labs, Inc. d/b/a HumanN*

PAGE 2

KERCSMAR & FELTUS PLLC
Gregory B. Collins
Molly Rogers

By:　*/s/Gregory B. Collins*
　　　Gregory B. Collins
*Attorneys for Plaintiff*
*ThermoLife International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, a copy of the foregoing document was electronically transmitted for filing via the CM/ECF system for the District of Arizona which will send a Notice of Electronic Filing to all CM/ECF registrants.

By:  */s/Dana Thompson*
      Dana Thompson
      Employee of Norton Rose Fulbright US LLP

PAGE 4