IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ThermoLife International, LLC,           )
                                        )
                          Plaintiff,    )
                                        )
         vs.                            )
                                        )
NeoGenis Labs, Inc., d/b/a HumanN,      )          No. 2:18-cv-2980-HRH
                                        )
                          Defendant.    )
_____ )

O R D E R

Joint Stipulation for Entry of Protective Order

Pending before the court is the parties' *Joint Stipulation for Entry of Protective Order*,[1] filed February 15, 2019.   For good cause appearing therein,

It is hereby ordered the stipulated protective order is granted.

DATED at Anchorage, Alaska, this 20th day of February, 2019.


                                   /s/ H. Russel Holland
                                   United States District Judge


[1]Docket No. 33.

Order – Joint Stipulation for Entry of Protective Order                    - 1 -